FILED
11/24/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW W. DUNCAN,<br><br>Defendant. | VIOLATION:<br>9712178<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 9712178 (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation 9712178.

IT IS FURTHER ORDERED that the initial appearance scheduled for January 21, 2021, is VACATED.

DATED this 24th day of November, 2020.

_____
John Johnston
United States Magistrate Judge